# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

JEFFERY S. JOHNSON, an individual,

        Plaintiff,

                vs.

Cook Incorporated; Cook Medical
Incorporated; Cook Group Incorporated;
Cook Medical, LLC,

        Defendants.

Cause No.: 4:25-cv-00243

## NOTICE OF APPEARANCE AND WITHDRAWAL OF COUNSEL

W. Wylie Blair of the law firm OnderLaw, LLC hereby enters his appearance as counsel of record for plaintiff Jeffery Johnson.

Pursuant to Missouri Supreme Court Rule 4-1.16(b)(1), (c), Martin L. Daesch of the law firm OnderLaw, LLC hereby provides notice of his withdrawal as counsel for plaintiff Jeffery Johnson. Plaintiff will continue to be represented by the remaining attorney of record of the law firm OnderLaw, LLC.

DATED: March 6, 2025

**ONDERLAW, LLC**

*/s/ W. Wylie Blair*
W. Wylie Blair, #58196
Martin L. Daesch, #40494
110 East Lockwood
St. Louis, MO 63119
Telephone: (314) 963-9000
Facsimile: (314) 963-1700
blair@onderlaw.com
daesch@onderlaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 7th day of April, 2025, a true and correct copy of the foregoing Notice of Appearance and Withdrawal of Counsel has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ W. Wylie Blair*

2